UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY NIDIFFER,

    Plaintiff,

Case No. 18-cv-11636

Paul D. Borman
United States District Judge

v.

Mona K. Majzoub
United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE MAJZOUB'S JUNE 7, 2019
REPORT AND RECOMMENDATION (ECF NO. 17);
(2) GRANTING THE COMMISSIONER'S
MOTION FOR SUMMARY JUDGMENT (ECF NO. 15);
(3) DENYING PLAINTIFF'S MOTION
FOR SUMMARY JUDGMENT (ECF NO. 11); and
(4) AFFIRMING THE DECISION OF THE COMMISSIONER

On June 7, 2019, Magistrate Judge Mona K. Majzoub issued a Report and Recommendation to affirm the determination of the Commissioner of Social Security ("Commissioner") in this action denying Plaintiff's application for social security benefits. (ECF No. 17, Report and Recommendation.) Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and

1

Recommendation, DENIES Plaintiff's Motion for Summary Judgment (ECF No. 11), GRANTS Defendant's Motion for Summary Judgment (ECF No. 15), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

<pre>
                                    s/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE
</pre>

Dated: July 2, 2019